| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ADAIR VICARS, | No. 2:18-cv-3016 GGH |
| Petitioner, | |
| v. | ORDER |
| SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Petitioner, a state prisoner, filed a petition for habeas corpus on November 20, 2018, that raises a claim of ineffective assistance of counsel resulting in an unconstitutional conviction for molestation. Petitioner has perfected his filing by paying the court's filing fee. The court has reviewed plaintiff's petition and finds that he may be entitled to relief if one or more of the claimed violations of constitutional rights is proved. Respondent will therefore be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254; **respondent may, and is encourages to, file the**

1

1 **record in electronic format if the record is less than 500 pages**.

2 It appears that the record from petitioner's first trial may be germane as the claim of ineffective assistance relies on the defense presented at the first trial. It also appears that petitioner may possess a copy of that record, but such is not clear. **If petitioner has a copy of the record from the first trial, and it will be referenced in this case, petitioner shall file a copy of that record in electronic format within 14 days of the filed date of this order. If petitioner will not be utilizing any part of the transcript from the first trial, petitioner's counsel shall file a notice to that effect within 14 days.** If the transcribed record of the first trial is not available to petitioner, and counsel for petitioner desires to acquire it, **counsel for both parties shall meet and confer within 30 days to explore whether any part of the record of the first trial needs to be produced and how such might be accomplished. In order that such might be facilitated, trial counsel for respondent shall file a notice of appearance within 17 days so that he may be contacted by petitioner's counsel.**

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter;

4. The Clerk of the Courts shall serve a copy of this Order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Senior Assistant California Attorney General.

**IT IS SO ORDERED.**

Dated: November 30, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE