UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ADAIR VICARS,<br><br>                         Petitioner,<br><br>      v.<br><br>SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>                         Respondent. | No.  2:18-cv-03016 KJM GGH P<br><br><br>ORDER |

   Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 11, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2019, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied; and

3. A certificate of appealability shall issue as to petitioner's issue with respect to the lack of investigation and presentation of a peer contamination theory, which could have been used to support a false memory defense.

DATED: October 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE